AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JACK A SHEETS
        Plaintiff(s)
v.        **Civil Action No.**  1:14CV265

INTERRA CREDIT UNION
        Defendant(s)

VENTURE INTERNATIONAL, LLC
(Terminated 6/18/2015)
CURT BECHLER
(Terminated 6/18/2015)
        Intervenor(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: judgment is entered in favor of Defendant Interra Credit Union and AGAINST Plaintiff Jack A Sheets.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Jon E. DeGuilio on a motion for summary judgment.

DATE:   1/29/2016                           ROBERT TRGOVICH, CLERK OF COURT

by     s/T. Castillo

*Signature of Clerk or Deputy Clerk*